944 A.2d 754

**PENN'S MARKET I, L.P., Penn's Market II, L.P., Kurt L. McLaughlin and Herbert J. Farber Associates, Inc., Appellees**

v.

**HARLEYSVILLE MUTUAL INSURANCE COMPANY, Appellant.**

Supreme Court of Pennsylvania.

Argued April 14, 2008.

Decided April 18, 2008.

Charles W. Craven, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, P.C., Philadelphia, for Harleysville Mutual Insurance Company.

Steven D. Urgo, Esq., Louis B. Kupperman, Esq., Obermayer, Rebmann Maxwell & Hippel, L.L.P.; James C. Sargent, Jr., Esq., Lamb McErlane, P.C., Philadelphia, for Penn's Market I, L.P., et al.

BEFORE: CASTILLE, C.J., and SAYLOR, EAKIN, BAER, TODD and MCCAFFERY, JJ.

*ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**